# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-CR-00208-01 |
| v. | (Judge Brann) |
| CHESNEY JONES, | |
| Defendant. | |

## ORDER

**APRIL 16, 2021**

In accordance with the accompanying Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that Chesney Jones' request for a sentence reduction pursuant to the First Step Act (Doc. 212) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge