# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-CR-00208-MWB-1 |
| v. | (Judge Brann) |
| CHESNEY JONES, | |
| Defendant. | |

## ORDER

**JUNE 8, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Chesney Jones' motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A), (Doc. 247) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge